**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FOLAJIMI IBIKUNLE AKINSHILO, | ) NO. SACV 12-1456-TJH (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| ERIC H. HOLDER, JR., et al., | ) |
| Respondents. | ) |

Pursuant to the Court's Order Dismissing Petition Without Prejudice,

IT IS ADJUDGED that the above-captioned action is dismissed, without prejudice.

DATED: October 31, 2012.

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE